# EXHIBIT 2

# HURON COUNTY
## CLERK OF COURTS

**Home**   **Services**   **Case Search**   **Resources**   **Contact**

Docket Entries: CVC20180933

Plaintiffs: City Of Norwalk

Defendants: Purdue Pharma L.P., Purdue Pharma Inc, The Purdue Frederick Company, Teva Pharmaceuticals Usa, Inc., Cephalon, Inc, Johnson & Johnson, Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc, Ortho-Mcneil-Janssen, Endo Health Solutions Inc, Endo Pharmaceuticals, Inc., Allergan Plc F/K/A Actavis Plc, Actavis, Inc. F/K/A Watson, Watson Laboratories, Inc., Actavis Llc, Actavis Pharma, Inc F/K/A, Mckesson Corporation, Cardinal Health, Inc., Amerisourcebergen Corporation, Amerisourcebergen Corporation, Fine, Perry, Fishman, Scott, Webster, Lynn

Show Image Thumbnails

| Icon Legend |
|---|
| - entry with an image |

Sort newest to oldest

**11/27/2018**
- FILED: OTHER CIVIL

- INITIAL FILING FEES:

- (image attached) COMPLAINT; JURY DEMAND; PRAECIPE TO THE CLERK

**11/28/2018**
- DEPOSIT - RECEIPT NO. 1805436 IN THE AMOUNT OF $ 425.00

- DEPOSIT APPLIED $ 177.00

- (image attached) ISSUED SUMM/COMP TO DEFT'S VIA CERT MAIL

**12/03/2018**
- (image attached) NOTICE OF APPEARANCE OF ATTORNEYS TYLER TARNEY, GREGORY BRUNTON, AND MARY CSARNY OF THE LAW FIRM OF GORDON & REES LLP AS COUNSEL OF RECORD FOR DEFTS PERRY FINE, SCOTT FISHMAN AND LYNN WEBSTER; CERTIFICATE OF SERVICE; (FILED BY FAX); COPY COURT; COPY FAXED BACK TO ATTORNEY TYLER TARNEY

- (image attached) UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFTS PERRY FINE MD, SCOTT FISHMAN MD, AND LYNN WEBSTER MD TO RESPOND TO PLTF CITY OF NORWALK'S COMPLAINT; CERTIFICATE OF SERVICE; (FILED BY FAX); COPY COURT WITH ORDER; COPY FAXED BACK TO ATTORNEY TYLER TARNEY

**12/05/2018**
- JUDGMENT ENTRY (CONT'D) - DEFT ALLERGAN PLC/DEFT ACTAVIS INC /DEFT WATSON LABORATORIES INC/DEFT ACTAVIS PHARMA INC/DEFT MC KESSON CORPORATION/DEFT CARDINAL HEALTH INC/DEFT AMERISOURCEBERGEN CORPORATION X 2; JOURNALIZED 12/06/2018

**12/06/2018**
- (image attached) JUDGMENT ENTRY - PROPOSED ORDER - UPON AGREEMENT OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE MOTION FOR EXTENSION OF TIME FOR DEFTS PERRY FINE, SCOTT FISHMAN, AND LYNN WEBSTER IS HEREBY GRANTED; THE NEW DEADLINE FOR PERRY FINE, SCOTT FISHMAN, AND LYNN WEBSTER IS 02/24/2019; SO ORDERED; COPIES BY REGULAR MAIL TO TYLER TARNEY/LESLIE MURRAY/DEFT PURDUE PHARMA LP/DEFT PURDUE PHARMA INC/DEFT THE PURDUE FREDERICK COMPANY/DEFT TEVA PHARMACEUTICALS USA INC/DEFT CEPHALON INC/DEFT JOHNSON & JOHNSON/DEFT JANSSEN PHARMACEUTICALS INC/DEFT JANSSEN PARHMACEUTICA INC/DEFT ORTH-MCNEIL-JANSSEN PHARMACEUTICALS INC/DEFT ENDO HEALTH SOLUTIONS INC/DEFT ENDO PHARMACEUTICALS INC/ (CONT'D)

- (image attached) CERT MAIL OF SUM FOR ACTAVIS LLC SIG BY UNABLE TO READ SIG 11/30/2018

- (image attached) CERT MAIL OF CM FOR TEVA PHARMACEUTICALS USA, INC. SIG BY UNABLE TO READ SIG 12/05/2018

- (image attached) CERT MAIL OF SUM FOR ORTHO-MCNEIL-JANSSEN SIG BY UNABLE TO READ SIG 12/03/2018

- (image attached) CERT MAIL OF SUM FOR JANSSEN PHARMACEUTICA, INC SIG BY UNABLE TO READ SIG 12/03/2018

- (image attached) CERT MAIL OF SUM FOR JANSSEN PHARMACEUTICALS, INC. SIG BY UNABLE TO READ SIG 12/03/2018

**12/07/2018**
- (image attached) CERT MAIL OF SUM FOR AMERISOURCEBERGEN CORPORATION SIG BY DANIEL D KELLEY 12/01/2018

- (image attached) CERT MAIL OF SUM FOR CEPHALON, INC SIG BY UNABLE TO READ SIG 12/03/2018

- (image attached) CERT MAIL OF SUM FOR FINE, PERRY SIG BY JORZA 12/04/2018

- (image attached) CERT MAIL OF SUM FOR WEBSTER, LYNN SIG BY OLIVIA SULLIN 12/03/2018

- (image attached) CERT MAIL OF SUM FOR CARDINAL HEALTH, INC. SIG BY UNABLE TO READ SIG 12/04/2018

- (image attached) CERT MAIL OF SUM FOR ALLERGAN PLC F/K/A ACTAVIS PLC SIG BY DANIEL D KELLY 12/03/2018

**12/10/2018**

- (image attached) NOTICE OF APPEARANCE OF VINCENT I HOLZHALL & BRIAN J LALIBERTE FOR DEFT MCKESSON CORP-CERT SERV

- (image attached) CERT MAIL OF SUM FOR ACTAVIS PHARMA, INC F/K/A SIG BY KALITI 12/03/2018

- (image attached) CERT MAIL OF SUM FOR WATSON LABORATORIES, INC. SIG BY KALITI 12/03/2018

- (image attached) CERT MAIL OF SUM FOR MCKESSON CORPORATION SIG BY DEANNE E SCHAUSELL 12/03/2018

- (image attached) CERT MAIL OF SUM FOR JOHNSON & JOHNSON SIG BY UNABLE TO READ SIG 12/04/2018

- (image attached) CERT MAIL OF SUM FOR AMERISOURCEBERGEN CORPORATION SIG BY UNABLE TO READ SIG 12/06/2018

**12/13/2018**

- (image attached) CERT MAIL OF SUM FOR ENDO PHARMACEUTICALS, INC. SIG BY CT CORPORATION 12/03/2018

- (image attached) CERT MAIL OF SUM FOR ENDO HEALTH SOLUTIONS INC SIG BY CT CORPORATION 12/03/2018

**12/17/2018**

- (image attached) DISTRIBUTOR DEFT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**12/18/2018**

- (image attached) CLERK NOTE: COPY OF JE FILED 12/5/18 SENT TO PURDUE PHARMA LP/THE PURDUE FREDERICK CO & PURDUE PHARNA INC (ALL SAME ADDRESS) RETURNED MARKED "NOT DELIVERABLE AS ADDRESSED"

- (image attached) CERT MAIL RET'D SUM FOR PURDUE PHARMA INC C/O THE PRENTICE HALL CORP RET'D 12/18/2018 ; FORWARD TIME EXP; RTN TO SEND SENT NOTI TO ATTY

- (image attached) CERT MAIL RET'D SUM FOR THE PURDUE FREDERICK COMPANY C/O THE PRENTICE HALL CORP RET'D 12/18/2018 ; FORWARD TIME EXP; RTN TO SEND; SENT NOTI TO ATTY

- (image attached) JUDGMENT ENTRY - ORDER GRANTING DISTRIBUTOR DEFTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - MATTER BEFORE COURT UPON CONSENT MOTION OF DEFTS MC KESSON CORPORATION, CARDINAL HEALTH INC, AND AMERISOURCEBERGEN CORPORATION ("DISTRIBUTOR DEFTS") FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLTF'S COMPLAINT; PURSUANT TO LOCAL RULE 17.02 OHIO RULE OF CIVIL PROCEDURE 6 AND FOR GOOD CAUSE SHOWN, THE MOTION IS HEREBY GRANTED; ORDERED THAT DISTRIBUTOR DEFTS SHALL HAVE UNTIL AND INCLUDING 01/28/2019 TO SERVE THEIR RESPONSIVE MOTIONS OR PLEADINGS; SO ORDERED; COPIES BY REGULAR MAIL TO LESLIE MURRAY/VINCENT HOLZHALL/JOSEPH MURRAY/SANDRA ZERRUSEN/(CONTD

- JUDGMENT ENTRY (CONT'D) - TYLER TARNEY/DEFT REVA PHARMACEUTICALS USA INC/DEFT CEPHALON INC/DEFT JOHNSON & JOHNSON/DEFT JANSSEN PHARMACEUTICALS INC/DEFT JANSSEN PHARMACEUTICA INC/DEFT ORTHO-MCNEIL-JANSON PHARMACEUTICALS INC/DEFT ENDO HEALTH SOLUTIONS INC/DEFT ENDO PHARMACEUTICALS INC C/O THE CORPORATION TRUST CO/DEFT ALLERGAN PLC/DEFT ACTAVIS INC/DEFT WATSON LABORATORIES INC/DEFT ACTAVIS LLC/ DEFT ACTAVIS PHARMA INC; JOURNALIZED 12/21/2018

**12/20/2018**

- (image attached) CERT MAIL RET'D SUM FOR ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS INC RET'D 12/20/2018 ; UNABLE TO FORWARD SENT NOTI TO ATTY

Copyright © 2012 - 2018 Huron County Common Pleas Court
Henschen & Associates, Inc.

FILED
HURON COUNTY
COMMON PLEAS COURT

2018 DEC -3 P 12: 32

SUSAN S. HAZEL
CLERK OF COURTS

FILED PURSUANT
TO CIVIL RULE 5 (E)

IN THE COMMON PLEAS COURT
HURON COUNTY, OHIO

City of Norwalk,                  )
                                  )
          Plaintiff,              )   Case No. CV 20180933
                                  )
                                  )   Judge James W. Conway
vs.                               )
                                  )
Purdue Pharma L.P., *et al.*      )
                                  )
          Defendants.             )

## NOTICE OF APPEARANCE

Now come Attorneys Tyler Tarney, Gregory Brunton, and Mary Csarny of the law firm

Gordon & Rees LLP, and hereby provide notice to this Court and to all parties that they enter

their appearance as counsel of record for Defendants Perry Fine, Scott Fishman and Lynn

Webster. Please direct copies of all future pleadings, correspondence, and papers to all of

undersigned counsel.

Respectfully submitted,

/s/ Tyler Tarney
Gregory D. Brunton   (0061722)
Tyler Tarney         (0089082)
Mary Csarny          (0097682)
**GORDON & REES LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558 / F: (614) 360-2130
gbrunton@grsm.com
ttarney@grsm.com
cthiem@grsm.com
*Attorneys for Defendants Perry Fine, Scott Fishman
and Lynn Webster*

Copy faxed back to
Attorney Tyler Tarney
Received Time Dec. 3. 2018 12:13PM No. 7658

COPY
COURT

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court on the 3rd day December 2018, and served via electronic mail or U.S. regular mail, postage prepaid, upon the following:

Leslie O. Murray
John T. Murray
Leslie Murray Law
352 Main Street
Huron, OH 44839
T: (419) 677-6689
leslie@lesliemurraylaw.com
john@lesliemurraylaw.com
*Attorneys for Plaintiff*

Daniel J. Buckley
Vorys, Sater, Seymour & Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
(513) 723-4002
djbuckley@vorys.com

Patrick J. Fitzgerald
R. Ryan Stoll
Skadden, Arps, Slate, Meagher &Flom LLP
4 Times Square
New York, NY 10036
(212) 735-3000
patrick.fitzgerald@skadden.com
ryan.stoll@skadden.com

-and-
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0700
*Attorneys for Defendants Purdue Pharma
L.P., Purdue Pharma Inc., and The Purdue
Frederick Company, Inc.*

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP

One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-7455
wendy.feinstein@morganlewis.com

Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1145
tinos.diamantatos@morganlewis.com

Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
brian.ercole@morganlewis.com
*Attorneys for Defendants Teva
Pharmaceuticals USA, Inc., Cephalon, Inc.,
Watson Laboratories, Inc., Actavis LLC, and
Actavis Pharma, Inc. f/k/a Watson Pharma,
Inc.*

John Q. Lewis
Justin E. Rice
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: (216) 592-5000/F: (216) 592-5009
john.lewis@tuckerellis.com

2

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com
*Attorneys for Defendants Johnson &*
*Johnson, Janssen Pharmaceuticals, Inc.,*
*Ortho-Mcneil-Janssen Pharmaceuticals,*
*Inc. n/k/a Janssen Pharmaceuticals, Inc.,*
*and Janssen Pharmaceutica, Inc. n/k/a*
*Janssen Pharmaceuticals, Inc.*

Carole S. Rendon
Tera N. Coleman
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Ingo W. Sprie, Jr.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Ingo.Sprie@apks.com

Sean Morris
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@apks.com
*Attorneys for Endo Health Solutions Inc.*
*and Endo Pharmaceuticals Inc.*

John R. Mitchell
Stacey A. Greenwell
Andrea B. Daloia
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

T: 216-556-5500/F: 216-556-5800
John.Mitchell@ThompsonHine.com
Stacey.Greenwell@ThompsonHine.com
Andrea.Daloia@ThompsonHine.com

Donna Welch, P.C.
Martin L. Roth
Timothy Knapp
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
martin.roth@kirkland.com
timothy.knapp@kirkland.com

Jennifer G. Levy, P.C.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
jennifer.levy@kirkland.com
*Attorneys for Defendants Allergan PLC f/k/a*
*Actavis plc, and Actavis, Inc. n/k/a Allergan*
*Finance, LLC f/k/a Watson*
*Pharmaceuticals, Inc.*

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 S. High Street, Suite 2200
Columbus, OH 43215
T: 614.458.9828 / F: 614.221.0952
vince.holzhall@steptoe-johnson.com
*Attorney for Defendant McKesson*
*Corporation*

Joseph F. Murray
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
T: 614.488.0400 / F: 614.488.0401
murray@mmmb.com
*Attorney for Defendant Cardinal Health,*
*Inc.*

3

Mark W. Bernlohr
Sandra K. Zerrusen
Aaron E. McQueen
Andrew N. Schock
JACKSON KELLY PLLC
50 South Main Street, Suite 201
Akron, OH 44308
T: (330) 252-9060/F: (330) 252-9078
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
1717 Arch Street, Suite 3100

Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

Alvin L. Emch
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322
(304) 340-1000
aemch@jacksonkelly.com
*Attorneys for Defendant AmerisourceBergen*
*Corporation*

<u>/s/ Tyler Tarney</u>
Gregory D. Brunton   (0061722)
Tyler Tarney   (0089082)
Mary Csarny   (0097682)

114659041597379 1

Received Time Dec. 3. 2018 12:13PM No. 7658

## IN THE COMMON PLEAS COURT
## HURON COUNTY, OHIO

City of Norwalk,

      Plaintiff,

vs.

Purdue Pharma L.P., *et al.*

      Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. CV 20180933

Judge James W. Conway

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D., AND LYNN WEBSTER, M.D. TO RESPOND TO PLAINTIFF CITY OF NORWALK'S COMPLAINT

---

Defendants Perry Fine, M.D., Scott Fishman, M.D., and Lynn Webster, M.D. ("Defendants") request an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint up to and including February 24, 2019. Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. The Parties conferred about this Motion and, given the length and complexity of the Complaint, Plaintiff's counsel does not oppose Defendants' request for this extension of time.

For these reasons, Defendants request that the Court grant their Motion for an extension of time through and including February 24, 2019 to answer, move, or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

*/s/ Tyler Tarney*
Gregory D. Brunton     (0061722)
Tyler Tarney           (0089082)
Mary Csarny            (0097682)
**GORDON & REES LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340 -5558 / F: (614) 360-2130
gbrunton@grsm.com
ttarney@grsm.com
mcsarny@grsm.com
*Attorneys for Defendants Perry Fine, Scott*
*Fishman and Lynn Webster*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served December 3, 2018, via electronic mail and/or regular U.S. mail, postage prepaid, upon the following:

Leslie O. Murray
John T. Murray
Leslie Murray Law
352 Main Street
Huron, OH 44839
T: (419) 677-6689
leslie@lesliemurraylaw.com
john@lesliemurraylaw.com
*Attorneys for Plaintiff*

Daniel J. Buckley
Vorys, Sater, Seymour & Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
(513) 723-4002
djbuckley@vorys.com

Patrick J. Fitzgerald
R. Ryan Stoll
Skadden, Arps, Slate, Meagher &Flom
LLP
4 Times Square
New York, NY 10036
(212) 735-3000
patrick.fitzgerald@skadden.com
ryan.stoll@skadden.com

-and-
155 North Wacker Drive
Chicago, IL 60606
(312) 407-0700
*Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company, Inc.*

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401

(412) 560-7455
wendy.feinstein@morganlewis.com

Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
(312) 324-1145
tinos.diamantatos@morganlewis.com

Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
steven.reed@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
brian.ercole@morganlewis.com
*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

John Q. Lewis
Justin E. Rice
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: (216) 592-5000/F: (216) 592-5009
john.lewis@tuckerellis.com

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071

(213) 430-6000
clifland@omm.com
*Attorneys for Defendants Johnson &*
*Johnson, Janssen Pharmaceuticals, Inc.,*
*Ortho-Mcneil-Janssen Pharmaceuticals,*
*Inc. n/k/a Janssen Pharmaceuticals, Inc.,*
*and Janssen Pharmaceutica, Inc. n/k/a*
*Janssen Pharmaceuticals, Inc.*

Carole S. Rendon
Tera N. Coleman
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Ingo W. Sprie, Jr.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
Ingo.Sprie@apks.com

Sean Morris
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@apks.com
*Attorneys for Endo Health Solutions Inc.*
*and Endo Pharmaceuticals Inc.*

John R. Mitchell
Stacey A. Greenwell
Andrea B. Daloia
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
T: 216-556-5500/F: 216-556-5800
John.Mitchell@ThompsonHine.com
Stacey.Greenwell@ThompsonHine.com
Andrea.Daloia@ThompsonHine.com

Donna Welch, P.C.
Martin L. Roth
Timothy Knapp
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
martin.roth@kirkland.com
timothy.knapp@kirkland.com

Jennifer G. Levy, P.C.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
jennifer.levy@kirkland.com
*Attorneys for Defendants Allergan PLC*
*f/k/a Actavis plc, and Actavis, Inc. n/k/a*
*Allergan Finance, LLC f/k/a Watson*
*Pharmaceuticals, Inc.*

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 S. High Street, Suite 2200
Columbus, OH 43215
T: 614.458.9828 / F: 614.221.0952
vince.holzhall@steptoe-johnson.com
*Attorney for Defendant McKesson*
*Corporation*

Joseph F. Murray
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
T: 614.488.0400 / F: 614.488.0401
murray@mmmb.com
*Attorney for Defendant Cardinal Health,*
*Inc.*

Mark W. Bernlohr
Sandra K. Zerrusen
Aaron E. McQueen
Andrew N. Schock

4

JACKSON KELLY PLLC
50 South Main Street, Suite 201
Akron, OH 44308
T: (330) 252-9060/F: (330) 252-9078
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com

Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

Alvin L. Emch
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322
(304) 340-1000
aemch@jacksonkelly.com
*Attorneys for Defendant*
*AmerisourceBergen Corporation*

*/s/ Tyler Tarney*
Gregory D. Brunton      (0061722)
Tyler Tarney            (0089082)
Mary Csarny             (0097682)

## IN THE COMMON PLEAS COURT
## HURON COUNTY, OHIO

City of Norwalk,                          )
                                          )
        Plaintiff,                        )      Case No. CV 20180933
                                          )
vs.                                       )      Judge James W. Conway
                                          )
Purdue Pharma L.P., *et al.*              )
                                          )
        Defendants.                       )

## PROPOSED ORDER

Upon agreement of the parties and for good cause shown, the Motion for Extension of Time for Defendants Perry Fine, Scott Fishman, and Lynn Webster is hereby **GRANTED**. The new deadline for Perry Fine, Scott Fishman, and Lynn Webster is February 24, 2019. **IT IS SO ORDERED.**

_____

Judge James W. Conway

_____

Date

IN THE COMMON PLEAS COURT
HURON COUNTY, OHIO

FILED
HURON COUNTY
COMMON PLEAS COURT

2018 DEC -5  A 9: 52

SUSAN S. HAZEL
CLERK OF COURTS

City of Norwalk,                         )
                                         )
        Plaintiff,                       )    Case No. CV 20180933
                                         )
                                         )    Judge James W. Conway
vs.                                      )
                                         )
                                         )
Purdue Pharma L.P., *et al.*             )
                                         )    JOURNALIZED  12-06-2018
        Defendants.                      )    VOL 752 PG 150

## PROPOSED ORDER

Upon agreement of the parties and for good cause shown, the Motion for Extension of

Time for Defendants Perry Fine, Scott Fishman, and Lynn Webster is hereby **GRANTED**. The

new deadline for Perry Fine, Scott Fishman, and Lynn Webster is February 24, 2019. **IT IS SO**

**ORDERED.**

_____
Judge James W. Conway

12-4-18
Date

COPIES BY REGULAR MAIL TO:
    TYLER TARNEY
    LESLIE MURRAY
    DEFT PURDUE PHARMA LP
    DEFT PURDUE PHARMA INC
    DEFT THE PURDUE FREDERICK CO
    DEFT TEVA PHARMACEUTICALS USA INC
    DEFT CEPHALON INC
    DEFT JOHNSON & JOHNSON
    DEFT JANSSEN PHARMACEUTICALS INC
    DEFT ORTHO-MCNEIL-JANSON PHARMACEUTICALS INC
    DEFT ENDO HEALTH SOLUTIONS INC
    DEFT ALLERGAN PLC
    DEFT ACTAVIS INC
    DEFT WATSON LABORATORIES INC
    DEFT ACTAVIS LLC
    DEFT MC KESSON CORPORATION
    DEFT CARDINAL HEALTH INC
    DEFT AMERISOURCEBERGEN CORP
    DEFT AMERISOURCEBERGEN CORPORATION
    DEFT ACTAVIS PHARMA INC
    DEFT ENDO PHARMACEUTICALS INC
    DEFT JANSSEN PHARMACEUTICA INC

1146570/415704839v 1

postage $10.34

IN THE COMMON PLEAS COURT
HURON COUNTY, OHIO

FILED
HURON COUNTY
COMMON PLEAS COURT

2018 DEC -5  A 9: 52

SUSAN S. HAZEL
CLERK OF COURTS

City of Norwalk,                    )
                                    )
          Plaintiff,                )     Case No. CV 20180933
                                    )
                                    )     Judge James W. Conway
vs.                                 )
                                    )
Purdue Pharma L.P., *et al.*        )     JOURNALIZED   12-06-2018
                                    )     VOL 752  PG. 150
          Defendants.               )

## PROPOSED ORDER

Upon agreement of the parties and for good cause shown, the Motion for Extension of

Time for Defendants Perry Fine, Scott Fishman, and Lynn Webster is hereby **GRANTED**. The

new deadline for Perry Fine, Scott Fishman, and Lynn Webster is February 24, 2019. **IT IS SO**

**ORDERED.**

_____
Judge James W. Conway

_12 - 4 - 18_
Date

COPIES BY REGULAR MAIL TO:
    TYLER TARNEY
    LESLIE MURRAY
    DEFT PURDUE PHARMA LP
    DEFT PURDUE PHARMA INC
    DEFT THE PURDUE FREDERICK CO
    DEFT TEVA PHARMACEUTICALS USA INC
    DEFT CEPHALON INC
    DEFT JOHNSON & JOHNSON
    DEFT JANSSEN PHARMACEUTICALS INC
    DEFT ORTHO-MCNEIL-JANSON PHARMACEUTICALS INC
    DEFT ENDO HEALTH SOLUTIONS INC
    DEFT ALLERGAN PLC
    DEFT ACTAVIS INC
    DEFT WATSON LABORATORIES INC
    DEFT ACTAVIS LLC
    DEFT MC KESSON CORPORATION
    DEFT CARDINAL HEALTH INC
    DEFT AMERISOURCEBERGEN CORP
    DEFT AMERISOURCEBERGEN CORPORATION
    DEFT ACTAVIS PHARMA INC
    DEFT ENDO PHARMACEUTICALS INC
    DEFT JANSSEN PHARMACEUTICA INC

postage $10.34

1146570/41570483v 1

**IN THE COURT OF COMMON PLEAS**
**HURON COUNTY, OHIO**

```
                              FILED
                           HURON COUNTY
                        COMMON PLEAS COURT

                        18 DEC 10  AM 9: 49
```

City of Norwalk,                                    :

        Plaintiff,                               :

    v.                                             :

Purdue Pharma L.P., *et al.*,                       :

        Defendants.                              :

```
                        SUSAN S. HAZEL
Case No. CVC20180933 CLERK OF COURTS

Judge James W. Conway
```

## NOTICE OF APPEARANCE OF
## VINCENT I. HOLZHALL AND BRIAN J. LALIBERTE

The Court and parties hereto will take notice that Vincent I. Holzhall and Brian J.

Laliberte of Steptoe & Johnson PLLC, 41 South High Street, Suite 2200, Columbus, Ohio

43215, telephone (614) 221-5100, hereby enter their appearance as counsel of record for

Defendant McKesson Corporation ("McKesson"). It is respectfully requested that service of all

further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record

for McKesson.

*Vincent I. Holzhall*
Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
brian.laliberte@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

8258969    *Copy Ct*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance of Vincent I. Holzhall and Brian J. Laliberte* was served this 7th day of December, 2018, by the Court's by regular U.S. mail to the following:

Leslie O. Murray
John T. Murray
**LESLIE MURRAY LAW**
352 Main Street
Huron, OH 44839
(419) 677-6689 phone
leslie@lesliemurraylaw.com
john@lesliemurraylaw.com

*Counsel for Plaintiff*

THE PURDUE FREDERICK COMPANY, INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

CEPHALON, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

PURDUE PHARMA L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

PURDUE PHARMA INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

TEVA PHARMACEUTICALS USA, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ENDO PHARMACEUTICALS, INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

2

8258969

ENDO HEALTH SOLUTIONS INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

ACTAVIS, INC.
F/K/A WATSON PHARMACEUTICALS, INC.
400 Interpace Pkwy.
Parsippany, NJ 07054-1118

ACTAVIS LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

CARDINAL HEALTH, INC.
7000 Cardinal Place
Dublin, Ohio 43017

AMERISOURCEBERGEN CORPORATION
1300 Morris Drive
Chesterbrook, PA 19087

ALLERGAN PLC F/K/A ACTAVIS PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

WATSON LABORATORIES, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS PHARMA, INC.
F/K/A WATSON PHARMA, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

AMERISOURCEBERGEN CORPORATION
CT Corporation System
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219

Gregory D. Brunton
Tyler Tarney
Mary Csarny
GORDON & REES LLP
41 S. High Street, Ste. 2495
Columbus, OH 43215

*Counsel for Defendants Scott Fishman, Perry Fine, and Lynn Webster*

_____
Vincent I. Holzhall (0074901)

8258969

**IN THE COURT OF COMMON PLEAS**
**HURON COUNTY, OHIO**

FILED
HURON COUNTY
COMMON PLEAS COURT
18 DEC 17 PM 1:09
SUSAN S. HAZEL
CLERK OF COURTS

| | | |
|---|---|---|
| City of Norwalk, | : | |
| Plaintiff, | : | Case No. CVC20180933 |
| | : | |
| v. | : | Judge James W. Conway |
| | : | |
| Purdue Pharma L.P., *et al.*, | : | |
| Defendants. | : | |

## DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 17.02 and Ohio Rule of Civil Procedure 6, Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation[1] ("Distributor Defendants"), jointly and with the consent of Plaintiff City of Norwalk, hereby request a thirty (30) day extension of time to answer, move, or otherwise respond to Plaintiff's Complaint until and including January 28, 2019. This is the Distributor Defendants first request for an extension. No prior extensions have been granted to the Distributor Defendants.

Distributor Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. Distributor Defendants have conferred with Plaintiff regarding this motion, and, given the length and complexity of the Complaint, Plaintiff's counsel agreed to an extension of time to answer, move, or otherwise respond.

Wherefore, Distributor Defendants respectfully request that the Court grant their motion for an extension of time through and including January 28, 2019, to answer, move, or otherwise respond to the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

---

[1] By filing this Distributor Defendants' Consent Motion for Extension of Time to Respond to Complaint, Defendant AmerisourceBergen Corporation does not concede that it is a proper party to this litigation, and it is not.

*Copy Cl w/ JE*

Dated: December 14, 2018

Respectfully submitted,

*Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
brian.laliberte@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*Joseph F. Murray*

by V.I. Holzhall #0074901

(per email authority of 12/11/2018)
Joseph F. Murray (0063373)
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin Road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

*Sandra K. Zerrusen*

by V.I. Holzhall #0074901

(per email authority of 12/13/2018)
Mark W. Bernlohr (0038640)
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, OH 44308
(330) 252-9060 phone; (330) 252-9078 fax
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for Defendant AmerisourceBergen Corporation*

2

8272650

AGREED TO BY:

*Leslie O. Murray*
(per email authority of 12/13/2018)
Leslie O. Murray
John T. Murray
**LESLIE MURRAY LAW**
352 Main Street
Huron, OH 44839
(419) 677-6689 phone
leslie@lesliemurraylaw.com
john@lesliemurraylaw.com

*by V. I. Holzhall*
*#0074901*

*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Distributor Defendants' Consent Motion for Extension of Time to Respond to Complaint* was served this 14⁷ᵗ day of December, 2018, by the Court's by regular U.S. mail to the following:

Leslie O. Murray
John T. Murray
**LESLIE MURRAY LAW**
352 Main Street
Huron, OH 44839
(419) 677-6689 phone
leslie@lesliemurraylaw.com
john@lesliemurraylaw.com

*Counsel for Plaintiff*

THE PURDUE FREDERICK COMPANY, INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

CEPHALON, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

PURDUE PHARMA L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

PURDUE PHARMA INC.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

TEVA PHARMACEUTICALS USA, INC.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 Pine Street, Suite 320
Harrisburg, PA 17101

ENDO PHARMACEUTICALS, INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

4

ENDO HEALTH SOLUTIONS INC.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

ACTAVIS, INC.
F/K/A WATSON PHARMACEUTICALS, INC.
400 Interpace Pkwy.
Parsippany, NJ 07054-1118

ACTAVIS LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

CARDINAL HEALTH, INC.
7000 Cardinal Place
Dublin, Ohio 43017

AMERISOURCEBERGEN CORPORATION
1300 Morris Drive
Chesterbrook, PA 19087

ALLERGAN PLC F/K/A ACTAVIS PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

WATSON LABORATORIES, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

ACTAVIS PHARMA, INC.
F/K/A WATSON PHARMA, INC.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

AMERISOURCEBERGEN CORPORATION
CT Corporation System
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219

Gregory D. Brunton
Tyler Tarney
Mary Csarny
GORDON & REES LLP
41 S. High Street, Ste. 2495
Columbus, OH 43215

*Counsel for Defendants Scott Fishman, Perry Fine, and Lynn Webster*

Vincent I. Holzhall (0074901)

8272650

**IN THE COURT OF COMMON PLEAS**
**HURON COUNTY, OHIO**

FILED
HURON COUNTY
COMMON PLEAS COURT

2018 DEC 18 P 4: 10

SUSAN S. HAZEL
CLERK OF COURTS

| | | |
|---|---|---|
| City of Norwalk, | : | |
| | : | |
| Plaintiff, | : | Case No. CVC20180933 |
| | : | |
| v. | : | Judge James W. Conway |
| | : | |
| Purdue Pharma L.P., *et al.*, | : | |
| | : | JOURNALIZED  12-21-2018 |
| Defendants. | : | VOL 753 PG 155 |

## ORDER GRANTING DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Corporation ("Distributor Defendants") for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 17.02, Ohio Rule of Civil Procedure 6, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Distributor Defendants shall have until and including January 28, 2019, to serve their responsive motions or pleadings.

**IT IS SO ORDERED.**

12-18-18
Date

JUDGE JAMES W. CONWAY

Approved:

*Vincent I. Holzhall*

Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
brian.laliberte@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

*Joseph F. Murray*

(per email authority of 12/11/2018)      by V. I. Holzhall
Joseph F. Murray (0063373)             #0074901
**MURRAY MURPHY MOUL + BASIL LLP**
1114 Dublin Road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Defendant Cardinal Health, Inc.*

*Sandra K. Zerrusen*

(per email authority of 12/13/2018)      by V. I. Holzhall
Mark W. Bernlohr (0038640)             #0074901
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
**JACKSON KELLY PLLC**
50 South Main Street, Suite 201
Akron, OH 44308
(330) 252-9060 phone; (330) 252-9078 fax
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for Defendant AmerisourceBergen Corporation*

2

8272654

*Leslie O. Murray*

(per email authority of 12/13/2018)
Leslie O. Murray
John T. Murray
**LESLIE MURRAY LAW**
352 Main Street
Huron, OH 44839
(419) 677-6689 phone
leslie@lesliemurraylaw.com
john@lesliemurraylaw.com
*Counsel for Plaintiff*


COPIES BY REGULAR MAIL TO:
    LESLIE MURRAY
    VINCENT HOLZHALL
    JOSEPH MURRAY
    SANDRA ZERRUSEN
    TYLER TARNEY
    DEFT TEVA PHARMACEUTICALS USA INC
    DEFT CEPHALON INC
    DEFT JOHNSON & JOHNSON
    DEFT JANSSEN PHARMACEUTICALS INC
    DEFT JANSSEN PHARMACEUTICA INC
    DEFT ORTHO-MNCNEIL-JANSEN PHARMACEUTICALS INC
    DEFT ENDO HEALTH SOLUTIONS INC
    DEFT ENDO PHARMACEUTICALS INC C/O THE CORPORATION TRUST CO
    DEFT ALLERGAN PLC
    DET ACTAVIS INC
    DEFT WATSON LABORATORIES INC
    DEFT ACTAVIS LLC
    DEFT ACTAVIS PHARMA INC


postage $7.99

3

8272654